IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **KRIS KINCAID DBA KINCAID ROOFING & REMODELING** | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 5:23-cv-00282-H** |
| v. | § | |
| | § | |
| **ACCEPTANCE INDEMNITY INSURANCE COMPANY** | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Kris Kincaid DBA Kincaid Roofing & Remodeling, along with Defendant Acceptance Indemnity Insurance Company by and through their respective undersigned counsel file this Joint Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) requesting that this Court dismiss Plaintiff's suit against Defendant, because the Parties resolved the issues subject of this lawsuit.

On or about December 17, 2024, the parties reached a settlement. Settlement documents have been executed, and payment has been issued. As a result of the settlement, all issues in the above-styled and numbered litigation have fully and finally been resolved. The Parties now move to dismiss the suit.

WHEREFORE, the Parties respectfully request that this Court dismiss this lawsuit with prejudice and grant such other relief as the Court deems just and proper.

Respectfully submitted,

**CALHOUN LAW FIRM**
2060 Universal City Blvd., Suite A
Telephone: (210) 827-9779
Facsimile: (210) 495-6790

/s/ Lee Calhoun (with permission)
W. Lee Calhoun
State Bar No. 24078300
Email: lee@calhounattorney.com
Michelle Calhoun
State Bar No. 24068246
Email: shelly@calhounattorney.com
ATTORNEYS FOR PLAINTIFF
KRIS KINCAID DBA KINCAID
ROOFING & REMODELING

-AND-

**NYE LAW OFFICE, PLLC**
4141 S Staples St., Suite 210
Corpus Christi, Texas, 78411
Telephone: (361) 654-7008

_____
Catrina L. Guerrero
State Bar No. 24108893
cguerrero@nyelawcc.com
*Attorney-in-Charge*

*Of counsel:*
Connor R. Adamson
State Bar No. 24116002
cadamson@nyelawcc.com

ATTORNEYS FOR DEFENDANT
ACCEPTANCE INDEMNITY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, Catrina L. Guerrero, hereby certify that on the __5__ day of February, 2025, a true and correct copy of the above and foregoing document was served upon the following as indicated:

*Attorneys for Plaintiff*
W. Lee Calhoun
Michelle Calhoun
CALHOUN LAW FIRM, PLLC
Email: lee@calhounattorney.com
        shelly@calhounattorney.com
**VIA E-FILING**

_____
Catrina L. Guerrero

2